**Order entered August 13, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00414-CR
### No. 05-15-00415-CR

**EMAJIN TREVON JACKSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause Nos. F14-58177-X, F14-58178-X**

## ORDER

The Court **ORDERS** court reporter Jan Cherie Williams to file, within **TEN DAYS** of the date of this order, a supplemental record containing State's Exhibit nos. 30, 31, 32, and 52.

We **DIRECT** the Clerk to send copies of this order to Jan Cherie Williams, official court reporter, Criminal District Court No. 6, and to counsel for all parties.

/s/    ADA BROWN
        JUSTICE